# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TERRY W. CRUZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN J. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. SACV 12-600 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is reversed, and this matter is remanded for further administrative proceedings consistent with the memorandum of decision.

May 8, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge