1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

12 | **TERRY W. CRUZ,** | ) |
| | )
| **Plaintiff,** | )   **Case  No. SACV 12-600 AJW**
| | )
| **v.** | )
| | )   **J U D G M E N T**
| **CAROLYN J. COLVIN,** | )
| **Acting Commissioner of Social** | )
| **Security,** | )
| | )
| **Defendant.** | )
| _____ | )

18

19       **IT IS ADJUDGED** that defendant's decision is reversed, and this matter is remanded for further

20   administrative proceedings consistent with the memorandum of decision.

21

22   May 8, 2013

23   _____
    ANDREW J. WISTRICH
    United States Magistrate Judge

24

25

26

27

28